UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL WASHINGTON,

        Plaintiff,

  v.                                    Case No. 12-C-33

RACINE POLICE DEPARTMENT and
ANDREW MATSON,

        Defendants.

**ORDER**

Plaintiff has filed a Motion for Joinder in which he seeks to add a new claim in the above matter. The proper way to add a claim is to file an amended complaint. An amended complaint must include the entire complaint, as amended, and may not incorporate any prior pleading by reference. *See* Civil L. R. 15(a). Plaintiff's motion for joinder fails to satisfy these requirements. It is therefore denied.

If Plaintiff wishes to add a claim to his complaint, he should prepare an amended complaint. I note that the defendants filed their answer and affirmative defenses on February 22, 2012. Since Plaintiff has not filed his amended complaint within 21 days after the responsive pleading, he must seek leave of the Court in order to do so. Fed. R. Civ. P. 15(a)(1)(B). The Local Rule requires that a motion for leave to file an amended pleading state specifically the changes sought by the amendment, and have as an attachment the proposed amended pleading. Civil L. R. 15(b).

Accordingly, the Court will rule upon plaintiff's motion if and when he files a proper motion for leave to file an amended complaint. In the meantime, the Motion for Joinder is denied.

    **SO ORDERED** this   15th   day of March, 2012.

                                                      s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge